IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| VS. | * | CRIMINAL ACTION NO. 105-28 |
| SYLVESTER MIDDLETON, JR. | * | |

## ORDER

IT IS HEREBY ORDERED that due to the nature of Government's Exhibits 6 and 7, submitted by the Government during the jury trial in the above captioned case, the said exhibits are to be returned to counsel for the United States of America for safekeeping, or production in the Court of Appeals, if necessary.

SO ORDERED this 8th day of November, 2005.

_____
DUDLEY H. BOWEN, JR., JUDGE
UNITED STATES DISTRICT COURT