# ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT

2009 OCT 27 P 3: 18

CLERK _S McCarthy_

SYLVESTER MIDDLETON, JR.,    )
    )
       Petitioner,    )
    )
      v.    )    CV 109-025
    )    (Formerly CR 105-028)
UNITED STATES OF AMERICA,    )
    )
       Respondent.    )

## O R D E R

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Petitioner's § 2255 motion is **DENIED** without an evidentiary hearing, this civil action is **CLOSED**, and a final judgment shall be **ENTERED** in favor of Respondent.

SO ORDERED this 27th day of October, 2009, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE